JACOB CHAITKIN, Appellant, v. ARLEN G. SWIGER and Another, Copartners, etc., Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB CHAITKIN, Respondent, v. ARLEN G. SWIGER, Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. GEORGE G. HOOPER and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM B. KIRSCH, Appellant, v. JOHN R. VAN HORNE and Another, Individually and as Executors, etc., of JULIAN MITCHELL, Deceased, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch, J., dissents.

THE FANDO REALTY CORPORATION, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN J. SALISBURY, Appellant, v. NETTIE B. MOYSE, Also Known as NETTIE B. MOYES and JOSEPH L. MOYSE, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE ROSAIRE COMPANY, Appellant, for an Order Continuing a Lien on Account of Public Improvement. IRVING TRUST COMPANY, as Trustee in Bankruptcy of DOMINICK TAMBONE, Bankrupt, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGHERITA CAPOZZI, Respondent, v. CESARE CAPOZZI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GERTERESS O'CONNOR, Appellant, v. OTTO YOUNG HEYWORTH, Defendant, Impleaded with SELMA C. YOUNG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.